# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
JUL 1 5 2019
FILED
Stephen C. Dries, Clerk

*In the Matter of the Search of*

Case Number: 19 M 708

A USPS Priority Mail Express parcel with tracking number EJ039096870US addressed to "Getta Cleggett, 110 Gray St, Green Bay 54303, 920-247-9502 (sic)" with a return address of "Angela Hopson, 8617 N Black Canyon Hwy #290, Phx, AZ 85021, 602-473-2618."

## APPLICATION & AFFIDAVIT FOR SEARCH WARRANT

I, Matt Schmitz, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

A USPS Priority Mail Express parcel with tracking number EJ039096870US addressed to "Getta Cleggett, 110 Gray St, Green Bay 54303, 920-247-9502 (sic)" with a return address of "Angela Hopson, 8617 N Black Canyon Hwy #290, Phx, AZ 85021, 602-473-2618."

currently located in the Eastern District of Wisconsin there is now concealed: **Please see attached affidavit, which is hereby incorporated by reference.**

The basis for the search warrant under Fed. R. Crim. P. 41(c) is which is (check one or more):

- ✓ evidence of a crime;
- ✓ contraband, fruits of a crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

Title 21, United States Code, Sections 841(a)(1) and 843(b).

The application is based on these facts:

- ✓ Continued on the attached sheet, which is incorporated by reference.
- ☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Applicant's signature
Name and Title: Matt Schmitz, U.S. Postal Inspector

Sworn to before me, and signed in my presence.

Date July 15, 2019

City and state: Green Bay, Wisconsin

Judge's signature
THE HONORABLE WILLIAM C. GRIESBACH
United States District Court Chief Judge
*Name & Title of Judicial Officer*

AFFIDAVIT

Matt Schmitz, United States Postal Inspector, being duly sworn, states the following information was developed from his personal knowledge and from information furnished to him by other law enforcement agents and professional contacts:

## I. INTRODUCTION

1. I have been employed by the United States Postal Inspection Service for approximately 15 years and was previously employed as a Police Officer with the City of Middleton (WI) and City of Janesville (WI) Police Departments for a total of six years. As part of my duties as a Postal Inspector, I investigate the use of the U.S. Mails to illegally send and receive controlled substances and drug trafficking instrumentalities. I have participated in investigations which have resulted in the arrest of individuals who have received and distributed controlled substances using the U.S. Mail, as well as the seizure of the illegal drugs and proceeds from the sale of those illegal drugs. My training and experience includes identifying packages with characteristics indicative of criminal activity, namely, the distribution of controlled substances.

## II. PARCEL TO BE SEARCHED

2. This affidavit is submitted in support of an application for a search warrant for a 12.5 inch by 9.5 inch U.S.P.S. Priority Mail Express parcel with tracking number EJ039096870US, mailed on July 12, 2019, from Phoenix, AZ zip code 85020-9998. This parcel bears handwritten addressee and return address information. The parcel is addressed to "Getta Cleggett, 110 Gray St, Green Bay 54303, 920-247-9502 (sic)" and bears a return address of "Angela Hopson, 8617 N Black Canyon Hwy #290, Phx, AZ 85021, 602-473-2618." The parcel weighs approximately 1 pound 9 ounces, exhibits postage in the amount of $25.50, and has a noticeable bulge throughout its surface area that is approximately three (3) inches thick. This parcel is hereinafter referred to as the SUBJECT PARCEL.

## III. INVESTIGATION

3. On July 12, 2019, U.S. Postal Inspection Service General Analyst (GA) Jeff May searched US Postal Service records for Priority Mail Express Mail parcels that were destined to be delivered to the Green Bay, WI area on or about July 13, 2019. As a part of GA May's duties he regularly reviews USPS mailing records in order to

identify parcels that may be associated with controlled substance trafficking. These reviews are often conducted independent of any specific information identifying a particular address or person as being suspected of receiving controlled substances or sending controlled substances or the proceeds related to the distribution of controlled substances. Through my training and investigative experience, I have learned that parcels containing controlled substances, controlled substance paraphernalia, or proceeds related to the sale of controlled substances generally exhibit characteristics that could include:

a. The article is contained in a box, flat cardboard mailer, or Tyvek envelope;

b. The article bears a handwritten label;

c. The handwritten label on the article does not contain a business account number; and

d. The article originated from an area that, based on past experience is a known origination point for controlled substances and is destined for an area that, based on past experience, is a known destination point for controlled substances in the mail; or the reverse: the article originated from an area that, based on past experience, is a known origination point for proceeds from the sale of controlled substances, and is destined for an area that, based on past experience, is a known destination point for controlled substance proceeds.

e. The article weighs one or more pounds or is a weight that is consistent with the parcel containing items other than papers.

Parcels found to meet these characteristics are scrutinized by Postal Inspectors through further investigation, which could include address and name verifications and examination by a trained controlled substance-detecting canine. During GA May's review he located a U.S.P.S. Priority Mail Express Mail parcel with tracking number EJ039096870US (SUBJECT PARCEL) that had been mailed from Phoenix, AZ on July 12, 2019, was due to be delivered to 110 Gray St, Green Bay, WI 54303 on July 13, 2019, and weighed approximately 1 pounds, 9 ounces.

4. On July 13, 2019, I researched USPS records for evidence of previous parcels mailed to 110 Gray St in Green Bay, WI 54303 and saw this address received eight (8) prior Priority Mail and Priority Mail Express parcels from Phoenix, AZ between approximately March 21, 2019, and June 27, 2019, that weighed between .12 and 1.8 pounds. I have learned through my training and investigative experience that individuals receiving controlled substances through the US Mail commonly receive mailings or packages containing controlled substances on a regular basis (weekly, bi-weekly, monthly, etc) that are often mailed from the same area (Phoenix, AZ) to the same destination address. I have also learned that parcels containing controlled substances are commonly sent via Priority Mail or Priority Mail Express, the quickest two delivery options the U.S. Postal Service Offers that also provides the customer with a tracking number to allow them to see the shipping status of a parcel.

5. On July 13, 2019, I located the SUBJECT PARCEL at the U.S. Postal Service's Processing and Distribution Facility (P&DF) in Green Bay, WI as it arrived for further processing. I saw the SUBJECT PARCEL exhibited tracking number EJ039096870US, was addressed to "Getta Cleggett, 110 Gray St, Green Bay 54303, 920-247-9502 (sic)," and bore a return address of "Angela Hopson, 8617 N Black Canyon Hwy #290, Phx, AZ 85021, 602-473-2618." On July 13, 2019, I queried the CLEAR law enforcement search engine for information on the return address listed on the SUBJECT PARCEL, 8617 N Black Canyon Hwy, Phoenix, AZ 85021 and learned the name Angela Hopson was not known to associated with any apartment at that address. I have learned from my training and investigative experience that individuals mailing controlled substances commonly use a fictitious return address as a means to avoid identification as the mailer or source.

6. On July 14, 2019, I contacted Wisconsin State Patrol Trooper and K-9 Handler Alex Trofin agreed to assist in presenting the SUBJECT PARCEL to a dog sniff. Trooper Trofin is a trained handler of a certified drug detection dog named "Cirus." Trooper Trofin explained that Cirus is trained in detecting the presence of marijuana, cocaine, heroin, and methamphetamine, and was last certified in detecting controlled substances in May of 2019. Consistent with Trooper Trofin's training, experience, and direction, I placed the SUBJECT

PARCEL behind an empty plastic mail transport cart on the loading dock of the Oneida (WI) Post Office. Trooper Trofin did not see where I had placed the SUBJECT PARCEL in the loading dock. Cirus examined the loading dock and Trooper Trofin said Cirus alerted to the odor of controlled substances in a box behind a plastic cart. I identified the box Trooper Trofin was referring to as the SUBJECT PARCEL. Following the dog sniff I retained custody of the SUBJECT PARCEL and currently have it secured at the U.S. Postal Inspection Service office in Oneida, WI, in the Eastern District of Wisconsin.

7. Postal Regulation Sec. 274.31 of the United States Postal Service Administrative Support Manual states that no one may detain mail sealed against inspection, except under the following condition: A Postal Inspector acting diligently and without avoidable delay, upon reasonable suspicion, for a brief period of time, to assemble evidence sufficient to satisfy the probable cause requirement for a search warrant issued by a Federal Court.

8. For these reasons, there is probable cause to believe the SUBJECT PARCEL contains controlled substances, controlled substance paraphernalia, and/or proceeds or payment related to the sale of controlled substances. I am seeking the issuance of a warrant to search this parcel, and the contents contained therein, for contraband and evidence of a crime, namely, possession and possession with the intent to distribute controlled substances, and use of the mails to commit a controlled substance felony, in violation of Title 21, United States Code, Sections 841(a)(1), and 843(b).

Matt Schmitz
U.S. Postal Inspector

Subscribed and sworn to before me this 15th day of July, 2019.

The Honorable William C. Griesbach
United States District Court Chief Judge
Eastern District of Wisconsin